NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSE ENRIQUE GONZALEZ,  )
DOC #C11749,  )
          )
         Appellant,  )
          )
v.  )      Case No. 2D17-3167
          )
STATE OF FLORIDA,  )
          )
         Appellee.  )
_____)

Opinion filed February 6, 2019.

Appeal from the Circuit Court for
Hillsborough County; Samantha L. Ward,
Judge.

Howard L. Dimmig, II, Public Defender,
and Terrence E. Kehoe, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


BADALAMENTI, Judge.

        Jose Enrique Gonzalez appeals his jury convictions and concurrent life

sentences for first-degree murder and sexual battery with actual physical force likely to

cause serious personal injury. Gonzalez argues that the July 11, 2018, amended

judgment does not indicate that Gonzalez was found guilty by a jury. The State concedes this scrivener's error.[1] Accordingly, we remand with directions that the trial court correct the scrivener's error contained in the amended judgment to reflect that Gonzalez was found guilty by a jury. See Newson v. State, 867 So. 2d 603, 603 (Fla. 2d DCA 2004) (affirming judgment and sentence but remanding with directions that an error in the judgment be corrected where the error was "not the result of a judicial determination, but rather a scrivener's error in the preparation of the written document"); Taylor v. State, 242 So. 3d 1203, 1204 (Fla. 5th DCA 2018) ("We also remand for the trial court to correct the scrivener's error in the judgment, which failed to indicate that Taylor was tried by a jury and found guilty."). We affirm Gonzalez's jury convictions and concurrent life sentences in all other respects.

Affirmed; remanded to correct scrivener's error.

KHOUZAM, J., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE, Concur.

---

[1]While this appeal was pending, Gonzalez filed a motion to correct sentencing error under Florida Rule of Criminal Procedure 3.800(b)(2). The trial court granted that motion and ordered that the judgment be amended to comport with the court's oral pronouncement. That amended judgment, however, neglects to indicate that Gonzalez was convicted after a jury trial.